

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2016

No. 04-16-00312-CV

Carmelita **RILEY** and Anthony J. Pena,
Appellants

v.

Lizette **TORRES**, Paula Pueblitz, San Juanita Valdez, and Puig Management and Rentals, LLC,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVF001192 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

     Appellants brief was originally due September 19, 2016. We granted appellants an extension until October 17, 2016 to file their brief. Neither the brief nor a motion for extension of time has been filed.

     We, therefore, ORDER appellants to file, on or before **November 14, 2016**, their appellants' brief and a written response reasonably explaining (1) their failure to timely file the brief and (2) why appellees are not significantly injured by appellants' failure to timely file a brief. If appellants fail to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court